Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JW

PVT

Boris Sherman

        Plaintiff,     ) CASE NO. _____

vs.

Michael Chertoff et al

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

        Defendant.

I, Boris Sherman , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?     Yes ✓  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 1,536.00     Net: 1,409.00

Employer: ADEM, LLC

1040 Di Giulio Av,, Santa Clara, Ca 95050

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 _____

4 _____

5 2.     Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

7      a.     Business, Profession or     Yes ____ No ✓

8            self employment?

9      b.     Income from stocks, bonds,     Yes ____ No ✓

10           or royalties?

11     c.     Rent payments?     Yes ____ No ✓

12     d.     Pensions, annuities, or     Yes ____ No ✓

13           life insurance payments?

14     e.     Federal or State welfare payments,     Yes ____ No ✓

15           Social Security or other govern-

16           ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.     Are you married?     Yes ✓ No ____

22 Spouse's Full Name: _Anna Zilbert_____

23 Spouse's Place of Employment: _N/A_____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $ _N/A_____ Net $ _N/A_____

26 4.     a.     List amount you contribute to your spouse's support:$ _shared household_

27     b.     List the persons other than your spouse who are dependent upon you for support

28           and indicate how much you contribute toward their support. (NOTE: For minor

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  Son S.Z. - 16 years old;
3  Son T.S. -8 years old
4  5.    Do you own or are you buying a home?    Yes ____ No ✓
5  Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A
6  6.    Do you own an automobile?    Yes ✓ No ____
7  Make Toyota    Year 1995    Model Avalon
8  Is it financed? Yes ____ No ✓    If so, Total due: $ N/A
9  Monthly Payment: $ N/A
10 7.    Do you have a bank account?  Yes ✓ No ____ (Do not include account numbers.)
11 Name(s) and address(es) of bank: Washington Mutual
12      2846 Middlefield Rd., Palo Alto, Ca 94306
13 Present balance(s): $ 170.00
14 Do you own any cash? Yes ✓ No ____ Amount: $ 50.00
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)    Yes ____ No ✓
17
18 8.    What are your monthly expenses?
19 Rent: $ 518.00    Utilities: 160.00
20 Food: $ 600.00    Clothing: 50.00
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 n/a                    $                      $
24                        $                      $
25                        $                      $
26 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 n/a

1
2   10.    Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ___   No ✓
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   n/a
7
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11   06/04/07
12       DATE                                             SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -