| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BORIS SHERMAN, | ) |
| | ) No. C 07-3282 JW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION TO DISMISS AND** |
| Department of Homeland Security, MICHAEL | ) **[PROPOSED] ORDER** |
| CHERTOFF, Secretary; United States Citizenship | ) |
| and Immigration Services, EMILIO T. | ) |
| GONZALEZ, Director; United States Citizenship | ) |
| and Immigration Services, ROSEMARY | ) |
| MELVILLE, District Director; U.S. Attorney | ) |
| General, ALBERTO GONZALES; Federal | ) |
| Bureau of Investigation, ROBERT S. MUELLER, | ) |
| III, Director, | ) |
| | ) |
| Defendants. | ) |
| | ) |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-3282 JW                                                            1

Dated: August 27, 2007						Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

        /s/
_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 24, 2007						        /s/
_____
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:						_____
JAMES WARE
United States District Judge

Stipulation to Dismiss
C07-3282 JW						2