1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 BORIS SHERMAN,                    )
                                     ) No. C 07-3282 JW
13              Plaintiff,           )
                                     )
14      v.                           )
                                     ) **STIPULATION TO DISMISS AND**
15 Department of Homeland Security, MICHAEL ) **[PROPOSED] ORDER**
   CHERTOFF, Secretary; United States Citizenship )
16 and Immigration Services, EMILIO T. )
   GONZALEZ, Director; United States Citizenship )
17 and Immigration Services, ROSEMARY )
   MELVILLE, District Director; U.S. Attorney )
18 General, ALBERTO GONZALES; Federal )
   Bureau of Investigation, ROBERT S. MUELLER,)
19 III, Director,                    )
                                     )
20              Defendants.          )
                                     )
21 

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-3282 JW                              1

Dated: August 27, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: August 24, 2007

/s/
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 28, 2007

JAMES WARE
United States District Judge

Stipulation to Dismiss
C07-3282 JW

2